■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HILDA VIDAL, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on October 2, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Milonas, Rosenberger, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD WALKER, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on July 23, 1987, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD SCOTT, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on April 15, 1987, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Rosenberger, Kassal and Smith, JJ.